1  John W. Phillips (SBN # 92992)
   Patrick Phillips (SBN # 265573)
2  **PHILLIPS & ASSOCIATES**
   990 Highland Dr. Ste. 212-D                JS-6
3  Solana Beach, CA 92075
4  Telephone: (858) 925-7184
   Facsimile: (859) 724-1949
5  Email: info@johnphillipslaw.com

6  Attorney for Plaintiff,
7  Michelle Powers

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
9

10 | MICHELLE POWERS | Case No. 2:22-cv-03803-KS |
11 |                                |                                 |
12 |        Plaintiff,              | **STIPULATION FOR DISMISSAL WITH** |
   | v.                             | **PREJUDICE; [PROPOSED] ORDER**    |
13 |                                |                                 |
14 | TARGET CORPORATION, a Minnesota |                                 |
   | Corporation; DOES 1 - 60,      |                                 |
15 |                                |                                 |
   |        Defendant.              |                                 |
16

17                          **STIPULATION**

18      Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order
19
20 of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this
21 action with prejudice, with each party to bear its own attorneys' fees and costs, and request that
22
23 the Court enter an Order dismissing this action with prejudice, with each party to bear its own
24 attorneys' fees and costs.
25
26 //
27
28
   //

---
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | DATED: September 21, 2022 | PHILLIPS & ASSOCIATES |
| 2 | | By: |
| 3 | | |
| 4 | | _____ |
| | | Patrick Phillips, Esq. |
| 5 | | Attorney for Plaintiff |

DATED: September 25, 2023    LEWIS BRISBOIS BISGAARD & SMITH

By:

_____
Dustin Woods, Esq.
Attorney for Defendant

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 27, 2023

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE